Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  14–20642–TBA
Chapter:  7
Judge:  DONALD H. STECKROTH

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph M. Mahoney
147 Righter Road
Succasunna, NJ 07876

Marilyn Mahoney
aka Lynn Mahoney
147 Righter Road
Succasunna, NJ 07876

Social Security No.:
  xxx–xx–5887

xxx–xx–7326

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 10, 2014

DONALD H. STECKROTH
Judge, United States Bankruptcy Court